UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                          Crim. No. 09-cr-187-15-JL

Tameka Perkins

**ORDER ON VIOLATION OF CONDITIONS**

    The defendant appeared before me on this date at a LASER Review Hearing.  During the course of the hearing, the court determined that the defendant has violated the terms of the LASER Agreement/Order on Conditions of Release.  As a result, the court enters the following order:

    ___ The defendant shall be detained until _____.
        At the conclusion of incarceration, defendant shall be:

        __ Brought before the undersigned judge.

        __ Released on _____ at _____ am/pm.
                        [Date]      [Time]

    ✓ The defendant shall reside in Hampshire House for a period of __30__ days/~~months~~ to commence on __Sept. 27 2010__, and shall observe the rules of that facility.

    ___ The defendant shall be placed on home detention for _____ days/months, to commence on _____. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer.  The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period.  The defendant shall wear an electronic device and shall observe the rules specified by the Probation Office.  The defendant shall pay for the cost of electronic monitoring to the extent he is able as determined by the probation officer.

_X_ The defendant shall be subject to the following
additional or modified conditions:
- No travel outside Manchester unless approved by USPO.
- Defendant's "phase 1 clock" restarts as of today

Prior conditions of release not inconsistent with this order shall remain in full force and effect.

SO ORDERED.

Date: 9/27/10

Joseph N. LaPlante
United States District Judge

USDCNH-7 (5-10)